PROB 12A
(10/24)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Tyron Trotman  
Cr.: 21-00915-001  
PACTS #: 5257533

Name of Sentencing Judicial Officer:     THE HONORABLE RICHARD J. SULLIVAN  
UNITED STATES DISTRICT JUDGE (SD/NY)

Name of Current Judicial Officer:     THE HONORABLE MICHAEL A. SHIPP  
UNITED STATES DISTRICT JUDGE (D/NJ)

Date of Original Sentence: 01/09/2019

Original Offense:    Count One: Conspiracy to Distribute Heroin, 21 U.S.C. § 846, a Class C Felony

Original Sentence: 60 months imprisonment, 5 years supervised release

Violation of Supervised Release: Heard on 01/14/2025; resentenced to 8 months imprisonment, 2 years supervised release

Special Conditions: Alcohol Restriction, Substance Abuse Testing and Treatment, Search/Seizure, Mental Health Treatment, Life Skills/Education, Mental Health Treatment Medications

Type of Supervision: Supervised Release        Date Supervision Commenced: 04/11/2025

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The individual under supervision has violated the special supervision condition which states 'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'

     Mr. Trotman submitted a urinalysis positive for marijuana on September 11, 2025.

Prob 12A – page 2
Tyron Trotman

2   **The individual under supervision has violated the special supervision condition which states 'You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.'**

On August 26, 2025, the Probation Office was notified that Mr. Trotman was unsuccessfully discharged from his partial day mental health treatment program after failing to attend five consecutive days.

U.S. Probation Officer Action:

On September 11, 2025, this officer met with Mr. Trotman at his residence and reminded him that he is required to attend mental health treatment as it is a special condition of his supervision. At that time, he agreed to reenroll and attend treatment if allowed to return to the program. On September 12, 2025, this officer contacted the treatment provider and obtained a new intake appointment for Mr. Trotman.

Regarding the positive urinalysis, Mr. Trotman admitted to using marijuana and was instructed by the Probation Office to cease all illegal drug use immediately. He will continue to be randomly tested for the use of illegal drugs to ensure compliance.

If there is any additional noncompliance, the Court will be promptly notified, and a request will made for an appropriate sanction if warranted.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:  ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as
APPROVED:

_____   09/16/2025
KEVIN P. EGLI                  Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Tyron Trotman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/16/25
_____
Date